# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>v.<br><br>PENDRY SAN DIEGO, LLC DBA PENDRY SAN DIEGO,<br><br>Defendant. | Case No. 3:19-cv-00305-LAB-AGS<br><br>**ORDER OF DISMISSAL** |

| | |
|---|---|
| 1 | The joint motion to dismiss (Docket no. 11) is **GRANTED**.  Pursuant to Fed. |
| 2 | R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.  The parties shall |
| 3 | each bear their own costs and attorney's fees. |

**IT IS SO ORDERED.**

Dated:  May 22, 2019         By: _____
                                                Honorable Larry Alan Burns
                                                Chief United States District Judge